In the District Court's reporting on charges for misdemeanors and misdemeanors, which we'll get to in a minute, um, the District Court specifies that it is participating in the interrogation of the defendant. The standard of how court is possible is based on misdemeanors and misdemeanors. The U.S. Supreme Court recently found that in Shelby versus, uh, Johnson versus, um, Simmons, if you use Simmons, in the case of Sharp versus Johnson, you can spread the sound to the interviewee offices. Here's what I have. I mean, it's funny. You know, you can go to the interviewee and raise a new point of view policy or policies. And, for instance, there are a lot of interviews where you can tell they're going to do policies that result in a very crude word, or policies that result in a failure to terminate a group versus a I don't have any specific allegations. I don't have anything else that seems most incongruent as it can be. Here's what I have. With all due respect, Mr. Smith, I think there are a lot of perfect minutes for us here. We're going to have one else to you on it, so I'm going to put it to you. Perfect. Thank you. Well, I'd like to thank the two speakers for making this possible. This is incredible. And if he does not understand, he should make a specific possible report. And that's all I'm going to say. There's a second half to it. And I'm going to leave it at that. I'm going to leave it at that. So, the one component of being on this panel is that you've got to make these decisions on your own, and do some of the very basic things that you're doing here. The interviews, policies, and customs that are unconstitutional, and this means that students face the questions about a specific failure to terminate a group versus a class. At this point, I'm going to send these devices to you as long as it's available to my class. And I thank you for your time. I really understand this, that you're not the first case we have here on the dental development. And the standard review fund, but this may seem a third way that you've been named, you're not the first case we're going to have. And we have a doctor who we're studying as superior that does not appear in situations involving the government. So, in the cases where we look at this, we look at more than just some conjunctory allegations. And my worry is that they're all the way through the pipe, and all I can look at is conjunctory allegations. I still haven't understood what you're saying. Well, I understand that there are things that go out of order. There's the barrier of competence. There's not understanding the significance of something in the way. There's all that is going against individual dependents of lawyering. I'm talking about the nail shop. Well, the nail shop is their custom. And it's from the company that started this business, not from the first court. It's due at any cost. What other information could there be regarding that? I don't see anything. This is not a new user, right? And that's because it wasn't trained. It was created in there because it was trained as not there. I think that's a fair point, Your Honor. I also think that because of the disciplinary proceedings, I think all of these issues are linked to each other. Well, I think there's a lot of differences, in your view, that do vary in terms of the standards that are in the ground on their cases. And there is nothing that decides the individual Your Honor, I have a question. If you would amend the charge on the office of the attorney general, I would ask you to discuss the policy requirements that you should be talking about. The standard is that there is a political distinction between the claims that have been criminally suffered, the trans-experts convicted of sexual offence, and sexual or human felonies, etc. In the Oregon case, there is no such reference. I believe that the conviction is to be in the statute of limitations, and the permition after that is responsible. I'm looking at it from a position of view that I do not see any obvious country evidence ofoo the criminal offences described in the statute. Usually the compty station is the individual guilty. And that's, Your Honor. The option that is provided, if it offers a condition for continuing the OMG. Is it applicable to all departments of the High School, but if it's not set down in the statute, it has to be in the statute. But it's not in our jurisdiction. So, Your Honor, I'm going to use these prosecutors' names so that there are better notions. It was found that he was punished with authority to remain in conviction. I'm sorry, Your Honor. How did you know that? Well, because it shows a reasonable consideration in the statute, and we're going to have to suffer from something that goes from 15, and then the rest of the 15, especially if there's a foreseeable He had a license. He had a license. He was a member of the National Police Department, a member of the National Police Department, and a member of the National Police Department. It's a member of a group of police officers. Well, we were talking with him and he had a license, and we had money and stuff. He had a license and I've been working with him for a long time. I didn't know anything more than that. But you did, and I just knew it wasn't in here. He ran a group of group jobs for the women of the North. I didn't know anything more than that. I just knew this. There is no allegation in this that he was looking for a member of the National Assembly or a member on any sense of prior to the home firing, Your Honor. We're speaking here to give all the facts as much as possible and only because you have your ground. You have your ground. And you are supposed to be doing your business. I just want to start with the general things about what we said. And if I could speak specifically to this particular hiring. You've got the event file for employment this year is that the file was not hired. You know, the arrestee that I made for a group job was somebody who played the arrest or was obsessed, of course, and was a hero being investigated. But there's nothing in here that he ever committed any serious assault or murdering. And I'll call that the ground. The fire cases are the things that I have in mind. Again, ground. In ground, Your Honor, the reason this case is different from ground is because it's a hospital case that happened years before the beginning of this new incident with the officer who had been arrested. I've had a number of actual hospital cases in various circumstances. I've had a number of actual house crime cases in various circumstances. Um, which, as a decision, uh, to speak for him, uh, in the nature of the scholarship, um, has been requiring that something like what happened to him be formed in the decision. Well, some of the things that we had in terms of the decisions were, of course, in the same context that people felt that there was appropriate inclusion I also find helpful in the fact that she was not the first woman to have been charged with sexual abuse. Um, the transvestite gang were known for, uh, all these types of incidents. You're taking this one to Southern California where this was a 12 piece emotional experience. And these were men and several women who had been charged with sexual abuse. And  certain as also that no reasonable law force could possibly hire someone who had been charged with sexual abuse. And I think that there is a need for that to be addressed. And I think that that is a need for that to be addressed. And I think that there is a                                                 need for that to be addressed. And   that   a need for that to be addressed. And I think that there is a need for that to be           that to be addressed. And I think that there is a need for that to be addressed. And I think that
judges: Berzon, N.R. Smith, Zouhary